**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2290**

HAMZA TEBIB, individually and derivatively on behalf of his 2 business entities,

Plaintiff - Appellant,

and

OWL HOUSE CAFE, LLC; OHCGRILL, LLC,

Plaintiffs,

v.

BETTY LOU TEBIB; NOHA EL-WAHI; MORGAN GARRETT; ANGELLA WOOD; ZACK BRADSHAW; JOHN DOE 1,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:25-cv-00358-D-KS)

Submitted:  December 11, 2025                    Decided:  December 19, 2025

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Hamza Tebib, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

USCA4 Appeal: 25-2290     Doc: 12     Filed: 12/19/2025     Pg: 2 of 3

PER CURIAM:

Hamza Tebib seeks to appeal the district court's order striking his original complaint, dismissing his pending motions as moot, and giving him leave to amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Tebib seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3